COMMONWEALTH *vs.* BARTLEY CARR.

When misnomer is pleaded in abatement to an indictment for a misdemeanor, and the fact, upon issue joined, is found against the defendant, he is not, as of right, entitled to plead over.

THE defendant, having been indicted in the Superior Court for a misdemeanor, pleaded in abatement that his name was Bartholomew Carr, and that he was not, and never had been known by the Christian name of Bartley. The Commonwealth replied that he was known as well by the name of Bartley as by the name of Bartholomew. Issue was joined, and the jury found that he was known as well by the name of Bartley Carr as by the name of Bartholomew Carr.

The defendant then moved for leave to plead not guilty. The court refused the motion, and the defendant alleged exceptions.

*I. S. Morse*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

GRAY, C. J. All the authorities agree that if one accused of misdemeanor pleads misnomer in abatement, and an issue of fact is joined thereon, and found against him by the jury, he cannot, as matter of right, plead over. 2 Hale P. C. 255, 256. *Kinton* v. *Hopton*, Owen, 59; *S. C. nom. Kirton* v. *Williams*, Cro. Eliz. 495. *The King* v. *Gibson*, 8 East, 107. *Barge* v. *Commonwealth*, 3 Penn. 262, 264. *Guess* v. *State*, 1 Eng. (Ark.) 147. If his plea in abatement is demurred to, and overruled in matter of law, it is otherwise. *Commonwealth* v. *Golding*, 14 Gray, 49 The rule in cases of misdemeanors is the same as in civil actions *Young* v. *Gilles*, 113 Mass. 34. *Exceptions overruled.*